IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Leland Foster, | Case No. 3:15 CV 1483 |
| Plaintiff, | DISMISSAL ORDER |
| -vs- | JUDGE JACK ZOUHARY |
| DLTT, LLC, et al., | |
| Defendants. | |

This Court held a Phone Status on October 27, 2015. Counsel present: Matthew Bryant for Plaintiff; Kevin Ferguson for Defendant DLTT, LLC; and Peter Dewhirst for Defendant Wade Elbo, LLC.

Counsel report the case has settled. Therefore, the docket is marked "Settled and dismissed without prejudice."

Further, any subsequent dismissal with prejudice, or setting forth specific settlement terms and conditions, filed within thirty (30) days shall supersede this Order. This Court also retains jurisdiction to enforce the terms of any settlement.

IT IS SO ORDERED.

                s/ *Jack Zouhary*
                JACK ZOUHARY
                U. S. DISTRICT JUDGE

                October 27, 2015